| | |
|---|---|
| <u>DEFENDANT</u>: | ALEJANDRO BLANCO-CABALLERO |
| <u>AGE/YOB</u>: | 1978 |
| <u>COMPLAINT FILED?</u> | __X__ Yes  _____ No  <br> If Yes, MAGISTRATE CASE NUMBER  22-mj-00054-NYW |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>? | _X_ Yes  __ No |
| <u>OFFENSE(S)</u>: | **Count 1:** Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance <br><br> **Counts 4, 14, 15, 16, 17, 19, 36, 37, 48:** Title 21 U.S.C. § 843(b) and (d); Use of a Communication Facility in Connection with Drug Trafficking <br><br> **Counts 18, 21, 31, 50:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(ii)(II), 18 U.S.C. § 2; Distribution or Possession with the Intent to Distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same <br><br> **Count 5:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II); 18 U.S.C. § 2; Distribution and Possession with the Intent to Distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same <br><br> **Counts 22 and 38:** Title 18, United States Code, Sections 1956(a)(2)(A) and (B)(i); Knowingly and intentionally attempting to transport or transfer funds from a place within the United States to or through a place outside the United States, with the intent to promote the carrying on of specified unlawful activity, specifically conspiracy to distribute and possess with the intent to distribute cocaine |
| <u>LOCATION OF OFFENSE:</u> | Denver County; Denver, Colorado |

|           |   |
|-----------|---|
| PENALTY:  | **Count 1**<br>NLT 10 years,<br>NMT life imprisonment<br>At least 5 years Supervised Release<br>$10,000,000 fine<br>$100 Special Assessment |

**Counts 4, 14, 15, 16, 17, 19, 36, 37, 48**
NMT 4 years in prison
NMT 1-year of supervised release
NMT $250,000.00 fine
$100 Special Assessment

**Count 5**
NLT 5 years
NMT 40 years imprisonment
At least 4 years Supervised Release
$5,000,000 fine
$100 Special Assessment

**Counts 17, 20, 31, 48**
NLT 10 years,
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine
$100 Special Assessment

**Counts 22 and 38**
NMT 20 years imprisonment
NLT 5 years Supervised Release
NMT $500,000.00 or twice the value of the property involved in the money laundering transactions
$100 Special Assessment

AGENT: Michael Gutke
Special Agent, Drug Enforcement Administration

AUTHORIZED BY: Stephanie Podolak
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

 X  five days or less; ___ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)
The statutory presumption of detention is applicable to this defendant.