| | |
|---|---|
| DEFENDANT: | JESUS EDUARDO FIERRO-LUCERO |
| AGE/YOB: | 1992 |
| COMPLAINT FILED? | _____ Yes    ___X___ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __ Yes    __ No |
| OFFENSE(S): | **Count 1:** Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846;Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance<br><br>**Count 33:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II); 18 U.S.C. § 2; Distribution and Possession with the Intent to Distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same<br><br>**Count 34:** 18 U.S.C. § 1952(a)(3)(A); Travel in interstate commerce with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of an unlawful activity |
| LOCATION OF OFFENSE: | Denver County; Denver, Colorado |
| PENALTY: | **Count 1**<br>NLT 5 years,<br>NMT 40 years imprisonment<br>At least 4 years Supervised Release<br>$5,000,000 fine<br>$100 Special Assessment<br><br>**Count 33**<br>NLT 5 years<br>NMT 40 years imprisonment<br>At least 4 years Supervised Release<br>$5,000,000 fine<br>$100 Special Assessment |

Case No. 1:22-cr-00167-RM   Document 1-22   filed 05/19/22   USDC Colorado   pg 1 of 2

**Count 34**
NMT 5 years in prison
At least 3 years of supervised release
$250,000.00 fine
$100 Special Assessment

| | |
|---|---|
| <u>AGENT:</u> | Michael Gutke<br>Special Agent, Drug Enforcement Administration |
| <u>AUTHORIZED BY:</u> | Stephanie Podolak<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

___ five days or less;  __X_ over five days

<u>THE GOVERNMENT</u>

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.

Case No. 1:22-cr-00167-RM   Document 1-22   filed 05/19/22   USDC Colorado   pg 2 of 2